UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 1-24-cr-344 (LLA) |
| THOMAS KENNY | : |

### DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Thomas Kenny, through undersigned counsel, submits this sentencing memorandum to aid the Court at sentencing. Following the entering of a guilty plea, Mr Kenny was adjudicated guilty of Disorderly Conduct in a Capitol Building or Grounds in violation of 40 U.S.C. §5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. §5104(e)(2)(G). Based on the facts and arguments below, Mr Kenny requests the Court sentence him to a period of probation to include community service; supervision to convert to unsupervised upon completion of community service. We submit that this sentence would most accurately address the concerns of the sentencing statute, 18 U.S.C. §3553.

As is our practice, we are not going to belabor the Court with a recitation of the information contained in the Presentence Report (PSR). Rather we will contain our remarks to factors we feel pertinent and relevant to the Court's sentencing calculus outside of that document, focusing on Mr Kenny's actions and memories of the events of 6 January 2021, and perspective on his position four years later.

**Prologue to 6th January.**

Thomas Kenny was a supporter of the outgoing President Trump. He'd believed in him back in 2016 and felt as the 2020 election loomed the then president had earned his vote again for

another term in office. The events of the latter part of 2020 took on a very strange undertone though. In the period leading up to the election, perhaps reading the political tea-leaves, the former president claimed were he to lose this election, this could only happen if election fraud were to have taken place. This meme was bombarded across right-wing media.

A sad indictment of our times is media outlets have become increasingly polarized and seek not to *inform* their respective audiences, rather cater to the already-apparent biases of their target demographic. In response, it is natural for the audience, hearing what they want to hear, to become increasingly fervent having their particular suspicions and fears buttressed. No one likes to lose, and reassuring any crowd that *if we lose its because we were cheated* is an incredibly powerful narcotic, and this message struck a resonant chord with the Trump faithful. As the first Tuesday in November approached, the message of potential voter-fraud aimed at the devoted increased to frenetic levels: The scene was set for discord. Trump constantly stoked the fires claiming there was an organized effort from his adversaries to "steal" the election. This was nuclearized with the message that the conservative vote as a whole was being nullified. Again, the message resonated. In addition to the media, the circles and friends one encounters also has a strengthening factor to personal beliefs or fears. All this combined, and on the eve of the election the stage was set; the powder was primed.

3rd November arrived. The country watched with bated breath as America went to the polls. Tuesday evening turned into Wednesday; the nation perched on the edge of its seat as the election leaned towards Biden. The right-wing media went into overdrive. It didn't help that recount after recount left us 4 days without a decision, but by Saturday the result was called. The effect of this four-day delay only served to ramp-up the tensions and fears as the faithful watched what appeared to be Trump's prediction coming to pass. In the wake of the result, an explosion of frenzy followed with court cases, recounts, protests of cheating screamed from the rooftops. The new meme of

"Stop the Steal" took to the airwaves. But as court case after court case collapsed, as recount after recount confirmed the returns, and as state after state refused to nullify their results, the options for the faithful dwindled. 6th January 2021 was the scheduled date for Congress to exercise its two-hundred-year-old constitutional duty in certifying the votes of the Electoral College, and this date quickly became the new focal point. Trump called for a huge rally for that day, and the MAGA hats responded.

### 6th January, 2021

As the day approached, Thomas Kenny observed the situation. He had witnessed the last eight weeks frenzy and outrage from the outlets. He had discussed the events with close friends, relatives, and contemporaries. As mentioned, over the course of his presidency Thomas had viewed Trump to be a good man and a president worthy of a return to office. He was aware of the upcoming rally and discussed attending with friends and relatives. While the discussion was tinged with sadness as the circle of friends were disappointed with the election loss, they had no real inkling that there was anything to be done with respect to the result. Rather this was viewed as a last opportunity to see and hear the outgoing president. So, literally at the last minute, without giving any thought to a hotel, Thomas and his brother, decided to make the trip. They believed this final Trump event may indeed be a once-in-a-lifetime experience. How right they were, but for *very* different reasons.

Having taken the train, the brothers arrived in the Metropolitan DC area the morning of the 6th. Unfortunately, they arrived too late for the actual rally, but encountered the mass of attendees as making their way to the Capitol. The brothers followed the migration towards the Hill. As they strolled along the Mall they encountered other groups, some singing, some praying, some proselytizing to on all manner of political thoughts. One of Thomas's reasons for coming that day

was to experience the occasion, and this he did soaking-up all these happenings, as he puts it, "on our National Mall."

As they neared the Capitol grounds, Thomas remembers the multitude of people who had come from the Stop-The-Steal rally, a mass of singing, chanting, flag-waving sea of red, white, and blue. There was an overwhelming feeling of unity and patriotism that was hard not to be swept-up in. Thomas and his brother were not immune. They also noted an increased police presence. Up ahead, closer to the building itself, the front of the crowd encountering police could be seen. Then, without what seemed to be any specific occurrence, the crowd moved forward. This was a crucial moment that would Thomas Kenny's life changed forever.

Let us be clear at this point. Thomas fully accepts responsibility for his own actions and decisions. However, there is no question herd-mentality had grabbed the crowd and no one was making rational decisions. Many people involved that day have related similar feelings: that they succumbed to the insanity of the moment and acted in a manner they had not envisioned twenty minutes earlier. The manner in which he became engaged in entering the building is, to this day, incomprehensible. This is exactly where Thomas finds himself—to this day finding it difficult to believe he was a part of this crowd. But the blood was up and the adrenaline was flowing and he found himself at his Rubicon. One minute he was outside on the steps, the next, he was in.

Inside the building, strangely there seemed to be a lull in the crowd. There wasn't the pushing and shoving typical on the outside, but rather individuals wandering around, taking in the building itself. It was almost as if having gained access to the halls of power, the crowd, at least in the area Thomas was in, had somewhat ran out of steam. Thomas himself was in the Rotunda taking-in the scene. A rumor started going around that the police were saying everyone had to get out or be arrested. He didn't need telling twice. He found the closest exit, making his way out as quick as he could.

Once outside the brothers thought enough was enough. The made a beeline for the station to get out of the city as quick as they could. The journey home was sombre. As the reports came in, then and in the next few days, he became aware of what had transpired at other locations in and around the building, and hearing reports of what had taken place, the gravity of what had transpired set in, and the feeling that things would never be the same again was inescapable.

**The Present Day.**

Thomas Kenny looks back at the events of 6th January 2021 with regret. He feels regret from several angles. First, he expresses remorse for his actions that day. In going to the Capitol, he had no intent to be anywhere near any of the behavior that rose to the level we all experienced. The environment he found himself in was animated to say the least, and he found himself being swept along, both emotionally in the mentality of the mob and physically in the manner in which he found herself in the Capitol building itself. As we have mentioned, that is not to say that he was forced in against his will but rather the frenzy left little time for self-reflection: the self-reflection he now employs. He looks back now and understands the gravity of being inside the building; what it meant. It brings home that this went way beyond any initial intent. It is the trigger of why he realized he had to get out. He wishes he'd encountered that epiphany outside before things got out of hand. He knows that despite a lack of any underlying malevolence, or any thought to alter the election, or even to *fight like hell*, his actions crossed a line, and he accepts responsibility for this.

Secondly, he feels sadness at the manner that the day and its participants are now perceived. He came to DC with the honorable intent of experiencing the support for the then outgoing president and hearing him speak one last time. But the nature of the events the nation witnessed has cast a pall over anyone who attended that day, and that is something he describes as "horrible," and a "nightmare." He has spent a lifetime developing his character as Thomas Kenny, upstanding member of the community and patriot. But now he is simply known as Thomas Kenny: *J6er*. His

reputation is destroyed. He feels he cannot go anywhere without the notoriety of involvement in that day following him. Being a man of faith, he is fully aware of the act of contrition being an indelible stop on the path to redemption. He realizes it is a sentencing he faces, but he also sees it as the first step on his path and while he views the hearing with trepidation, he also sees it as a cathartic moment in his journey forward and wishes to make plain to the Court that he knows he's here based on his own actions and takes responsibility.

**Sentencing Factors.**

18 U.S.C. §3553 provides:

**(a) Factors To Be Considered in Imposing a Sentence.**—The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider—
  **(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;
  **(2)** the need for the sentence imposed—
    **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
    **(B)** to afford adequate deterrence to criminal conduct;
    **(C)** to protect the public from further crimes of the defendant; and
    **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

Addressing these factors individually we find the following. Nature and circumstances of the offense with respect to *this* offense is a highly combustible issue, and we will return to it later. On history and characteristics of the defendant there is no debate. Thomas Kenny has no criminal history: There is nothing to indicate anything of a threatening nature to the community. Subsection (2)(A) discusses seriousness of the offense, respect for the law, and just punishment for the offense. We will return to this also when we discuss nature and circumstances of the offense. Subsection (B) contemplates adequate deterrence to criminal conduct. He has been emotionally shaken by these experiences with these matters, and the insight he has acquired has left him with the strongest

of convictions that this will be his last. Incarceration is not necessary to make that point. Subsection (C) considers a similar idea as that in (B), in protecting the community from further criminal contact. Here we point out as discussed above, Thomas Kenny has no prior contact with the criminal justice system, and there is nothing to suggest that will change in the future. Regarding how serious he takes these matters, as highlighted by the PSR writer, Thomas had been a long-time marijuana user, but stopped once this case was underway. Given his success in that area, and his experiences here, the public has nothing to fear from him in the future. As a final comment on Subsections (B) and (C), the events of, and leading up to, January 6 constitute Mr Kenny's first and only foray into mass political events. He has been scarred by this and has vowed to stay as far away from such happenings as possible. With respect to his views on the then ex-president, Mr Kenny maintains that Mr Trump will now have to get by without his presence at any rally. Regarding Subsection (D), quite simply Mr Kenny has no need of any of the services available to U.S. Probation. Which brings us back to sections (1) and (2)(A).

Returning to the nature and circumstances of the offense we find in these matters this is a not a simple issue to unpack. On the one hand, the specific conduct and decisions Thomas accepts responsibility for, in the universe of criminal conduct, are not the most violent and egregious considered by these courts on a daily basis. However, taken into context with the much larger events of 6 January, the nature and circumstances question become much less clear. There is no question the events of that day have left a deep scar on the national psyche. Seditionary behavior has in some cases been charged and convicted. But we ask the Court to take note that Mr Kenny is one of a small group of people who despite having gone down the regrettable road of entering the Capitol realized it was not the place to linger and got out as quickly as possible. We ask the Court to recognize that even at what appeared to be the point of no return, this was a river he knew

had to be crossed back. We ask the Court to view his actions against the backdrop of those with more sinister intentions as proof of his original harmless purpose and sentence him accordingly.

Addressing (2)(A), we have already discussed Mr Kenny's view of the events of that day being contrary to the best interests of the country, but he also views those acts as not being true to his core values of respect towards law and order. We highlight to the Court that he has never been associated with any organisation encouraging civil disobedience, advocating overthrow of the government, displaying extremist right-wing views, or has encouraged in any way violence of the nature apparent on 6 January. In terms of any sense of danger to the community, there is simply non: it does not exist. The Court should have no concerns as to his views on the respect for law either today or for the future.

The final issue §3553 to be discussed is the last part of (2)(A): just punishment for the offense. Obviously, this is the very central issue for this Memorandum as a whole. Mr Kenny is a law-abiding citizen, who placed himself in the wrong place at the wrong time. He came to DC to attend a political rally, and quickly found himself in the middle of an escalating situation in which speech, free or not, was being dropped as a form of expression by a mob, spinning out of control, where rage was taking over. He has been shattered at the fallout from that day. His life will never be the same again. This, in and of itself, is more than adequate punishment. In no way, shape or form should the Court be under the impression that a probationary sentence would be seen as getting away with anything. For the rest of his life Thomas will forever be associated with the events of that day, and he takes this to heart.  Given all discussed above, including the fact of his decision to disengage when he did, we ask the Court to sentence in accordance with our proposal.

**Need to avoid sentencing disparities.**

A word on sentencing disparities and the need to avoid. The essential problem here is the spectrum to which these defendants belong is vast and by nature, disparate. In these cases it is

8

entirely appropriate to sentence one participant to incarceration while effectively placing another on probation, and while those two sentences would appear to be disparate based on the charges, they may not when viewed in terms of the individuals involved. The trick then is to tailor a sentence specific to the subject before the Court. We ask the Court not to sentence Mr Kenny based on the circumstances of others, but to focus on him and his participation here and sentence accordingly.

### Conclusion

Taking all the above into account. We ask the Court to provide the following sentence. We submit the community would not be benefitted by any period of incarceration, but rather would benefit by community service as condition of probation to give back to the common good; supervision to convert to unsupervised upon completion of community service. We believe this would have a much more positive, beneficial effect on the community at-large. We believe this sentence to best satisfy the above concerns of 18 U.S.C. §3553.

/s/ *Peter A. Cooper*
_____
Peter Cooper; 478-082
Counsel for Thomas Kenny
400 5th Street NW.
Washington DC 20001